Action by the Roys System Company against Louis Bonert. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

RUBIN, Appellant, v. RUBIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Jacob L. Rubin against Emma Rubin. No opinion. Order affirmed, with $10 costs and disbursements.

SACKETT PLASTER BOARD CO. v. AMSTERDAM BUILDING CO. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the Sackett Plaster Board Company against the Amsterdam Building Company. See, also, 121 N. Y. Supp. 238. With this case has been consolidated in this court cases bearing titles as follows: Meyer Guralnick v. Amos F. Eno; Harry T. Ramsey v. George G. Phillips (see, also, 121 N. Y. Supp. 282); Bridget Phelan v. Abraham Gabriel. No opinions. Applications denied, with $10 costs. Orders signed.

ST. MARKS AFRICAN M. E. CHURCH, Appellant, v. BRUGGEMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by the St. Marks African Methodist Episcopal Church on Union Avenue, at Elmhurst, Borough of Queens, City and State of New York, against William Bruggemann and others. No opinion. Motion to dismiss appeal granted, with costs; no statement being made in the moving papers as to the nature of the action, or that there is any merit in the appeal.

SALMON, Appellant, v. TROUPIANSKY, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Isaac Salmon against Benjamin Troupiansky. No opinion. Motion to dismiss appeal granted, with costs, unless appeal is perfected and case placed on April calendar for argument; on compliance, motion denied, without costs.

SAMELSON v. MAYER. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Hyman Samelson against Carrie Mayer. No opinion. Motion granted, upon plaintiff filing stipulation that upon affirmance judgment absolute shall be rendered against him. Order signed. See, also, 65 Misc. Rep. 518, 120 N. Y. Supp. 75.

SAX, Appellant, v. FARGO, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Jacob M. Sax against James C. Fargo, as president, etc. Tipple & Plitt, for appellant. J. V. Lyle, for respondent. No opinion. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

In re SCHNABEL. NOONAN v. PRESS PUB. CO. SCHWARTZ v. ONWARD CONST. CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Katharine Schnabel as administratrix. See, also, 121 N. Y. Supp. 54. Actions by Lily Noonan against the Press Publishing Company (see, also, 121 N. Y. Supp. 1141) and by Charles Schwartz against the Onward Construction Company (see, also, 121 N. Y. Supp. 1147). No opinions. Motions denied, with $10 costs. Orders filed.

In re SCHNEIDER. In re EAST 157TH STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of Louisa B. Schneider and East 157th Street in City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 9.

SCHNEIDER et al., Appellants, v. PINES, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Simon Schneider and others against Joseph Pines. No opinion. Motion denied without costs.

SCHULLER, Appellant, v. TODARO, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Josephine A. Schuller against Filippo Todaro, impleaded with others. No opinion. Motion for reargument denied, without costs, and without prejudice to a renewal at Special Term of the motion for a stay, if the complaint in Todaro v. Somerville Realty Co., 122 N. Y. Supp. 509, has been amended to state a cause of action against the plaintiff herein. See, also, 120 N. Y. Supp. 1145.

SCOTT, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by William J. Scott against the International Paper Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 132 App. Div. 939, 116 N. Y. Supp. 1147.

KRUSE, J., dissents. WILLIAMS, J., not sitting.

SEXTON et al. v. SUPREME COUNCIL OF ROYAL ARCANUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Maria L. Sexton and others against the Supreme Council of the Royal Arcanum. M. G. Holstein, for plaintiffs. A. C. Salmon, for defendants. No opinion. Exceptions overruled, motion for new trial denied, and judgment directed in favor of defendant upon the verdict, with costs to the defendant. Order filed.

SHEA v. PAPPAS. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Trial Term, New York